UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APRIL COURT OWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | NO. 2:21-cv-00552-RSL<br><br>STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY TO ANSWER THE COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff April Court Owners Association and Defendant Nationwide Mutual Insurance Company, and subject to the Court's approval, that Defendant shall have until August 13, 2021, to answer Plaintiff's Complaint.

DATED this 20th day of July, 2021.

| STEIN SUDWEEKS & STEIN, PLLC | OGDEN MURPHY WALLACE, PLLC |
|---|---|
| By  s/Jessica Burns<br>    Jerry Stein, WSBA #27721<br>    Justin Sudweeks, WSBA #28755<br>    Daniel Stein, WSBA #48739<br>    Jessica Burns, WSBA #49852<br>    Stein, Sudweeks & Stein, PLLC<br>    2701 First Avenue, Suite 430<br>    Seattle, Washington 98121 | By  s/Daniel F. Shickich<br>    Daniel F. Shickich, WSBA #46479<br>    901 Fifth Avenue, Suite 3500<br>    Seattle, Washington 98164<br>    Tel: 206.447.7000<br>    Fax: 206.447.0215<br>    dshickich@omwlaw.com |

STIPULATION AND ORDER
EXTENDING TIME TO ANSWER - 1
2:21-cv-00552-RSL

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

| | |
|---|---|
| Tel: 206.388.0660<br>Fax: 206.286.2660<br>jstein@condodefects.com<br>justin@condodefects.com<br>dstein@condodefects.com<br>jessica@condodefects.com<br>Attorneys for Plaintiff | Attorneys for Defendant |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the deadline for Defendant Nationwide Mutual Insurance Company to answer Plaintiff's Complaint is extended to August 13, 2021.

DATED this 22nd day of July, 2021.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER
EXTENDING TIME TO ANSWER - 2
2:21-cv-00552-RSL

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215