UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APRIL COURT OWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>　　　　　　　　Defendants. | NO. 2:21-cv-00552-RSL<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE |

　　　　Plaintiff April Court Owners Association and Defendant Nationwide Mutual Insurance Company, by and through their undersigned counsel of record, jointly move for the dismissal of this action, with prejudice and without an award of costs or expenses to any party.

//
//
//
//
//
//

STIPULATED MOTION AND ORDER
FOR DISMISSAL WITH PREJUDICE - 1
2:21-cv-00552-RSL

OGDEN MURPHY WALLACE, P.L.L.C.
901 5th Ave, Suite 3500
Seattle, WA 98164
Tel: 206-447-7000/Fax: 206-447-0215

DATED this 19th day of October, 2021.

| STEIN, SUDWEEKS & STEIN, PLLC | OGDEN MURPHY WALLACE, PLLC |
|---|---|
| By  /s/Jessica R. Burns<br>Jerry H. Stein, WSBA #27721<br>Justin D. Sudweeks, WSBA #28755<br>Daniel J. Stein, WSBA #48739<br>Jessica R. Burns, WSBA #49852<br>2701 First Avenue, Suite 430<br>Seattle, Washington 98121<br>Tel: 206.388.0660<br>Fax: 206.286.2660<br>jstein@condodefects.com<br>justin@condodefects.com<br>dstein@condodefects.com<br>jessica@condodefects.com<br>Attorneys for Plaintiff April Court Owners Association | By  /s/Daniel F. Shickich<br>Daniel F. Shickich, WSBA #46479<br>901 Fifth Avenue, Suite 3500<br>Seattle, Washington 98164-2008<br>Tel: 206.447.7000<br>Fax: 206.447.0215<br>dshickich@omwlaw.com<br>Attorneys for Defendant Nationwide Mutual Insurance Company |

## ORDER

IT IS SO ORDERED.

Dated this 20th day of October, 2021.

*[signature]*
The Honorable Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER
FOR DISMISSAL WITH PREJUDICE - 2
2:21-cv-00552-RSL

OGDEN MURPHY WALLACE, P.L.L.C.
901 5th Ave, Suite 3500
Seattle, WA 98164
Tel: 206-447-7000/Fax: 206-447-0215

# CERTIFICATE OF SERVICE

I certify under the laws of the United States of America that on the 19th day of October, 2021, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF System and served counsel below by the method indicated:

| Jerry H. Stein<br>Justin D. Sudweeks<br>Daniel J. Stein<br>Jessica R. Burns<br>Stein, Sudweeks & Stein, PLLC<br>2701 First Avenue, Suite 430<br>Seattle, WA 98121<br>**Attorneys for Plaintiff** | [  ]   U.S. Mail<br>[  ]   Messenger<br>[  ]   Email<br>[ X ]  CM/ECF |
|---|---|

DATED this 19th day of October, 2021.

                                              s/ Daniel Shickich, WSBA #46479
                                              Daniel Shickich

STIPULATED MOTION AND ORDER
FOR DISMISSAL WITH PREJUDICE - 3
2:21-cv-00552-RSL

OGDEN MURPHY WALLACE, P.L.L.C.
901 5th Ave, Suite 3500
Seattle, WA 98164
Tel: 206-447-7000/Fax: 206-447-0215